Bertha Therese Sawyer, Appellant, v. John W. Sawyer, Appellee.

Division A.

Appeal from Circuit Court, Monroe county; Joseph B. Wall, Judge.

Macfarlane & Glen for appellant.

Jefferson B. Browne for appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*